DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re: ) Chapter 13
) Case No. 12-58436 ASW
DARIO PASSARO )
)
) **NOTICE OF UNCLAIMED DIVIDEND**
) Claimant:
) DARIO PASSARO
)
Debtor )

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, unclaimed funds in the amount of $4,069.75. The name and last known address of the claimant entitled to the unclaimed dividend is as follows:

Dario Passaro
130 Indian Hollow Rd
Aptos, CA 95003

Dated: April 27, 2015

/s/ Devin Derham-Burk

DEVIN DERHAM-BURK, TRUSTEE

12-58436 ASW - Notice of Unclaimed Dividend